

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00097-CV

Laura Zamora **BERINGER**,
Appellant

v.

Michael **BERINGER**,
Appellee

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2017FLB001191C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

　　Appellant's brief was due to be filed by August 23, 2019.  Neither the brief nor a motion for extension of time has been filed.  It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court